

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,359-02

### EX PARTE AUDIE LEE BABERS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W16-70864-S(B) IN THE 282ND DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to three years' imprisonment. He did not appeal his conviction.

Applicant contends that he did not receive pre-sentence credit, he was not released to parole, and trial counsel told him he could not appeal his conviction. Applicant's pre-sentence claim is dismissed. *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004). His remaining claims are denied. Accordingly, this application is dismissed in part and denied in part. *Ex parte Deeringer*, 210 S.W.3d 616 (Tex. Crim. App. 2006).

Filed: November 27, 2019
Do not publish